**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 447 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1365 MDA |
| | : | 2023 entered on August 15, 2024, |
| CHRYSTEENA DAWN CLEVENGER, | : | **affirming and vacating** the |
| | : | Judgment of Sentence of the Adams |
| Petitioner | : | County Court of Common Pleas at |
| | : | No. CP-01-CR-0000081-2022 |
| | : | entered on September 18, 2023 |

## ORDER

**PER CURIAM**                                    **DECIDED: June 18, 2025**

**AND NOW**, this 18th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, ___ A.3d ___, 2025 WL 1535292 (Pa. filed May 30, 2025).